# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1346
LT Case No. 2017-CF-001869-A

_____

PEDRO MELENDEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Seminole County.
William Scott Orth, Judge and
Melissa D. Souto, Judge.

Pedro Melendez, Daytona Beach, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca
Rock McGuigan, Bureau Chief, Daytona Beach, for Appellee.

July 9, 2026

PER CURIAM.

AFFIRMED.

MAKAR, WALLIS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____